**Exhibit A**

Table of Last-Observed Infringements by Defendants of Third Degree's Copyright in the Motion Picture "All About Kagney Linn Karter," Copyright Reg. No. PA0001745129

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 207.13.56.244 | 2011-05-13 17:51:57 -0400 | Sprint | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 2 | 68.48.105.183 | 2011-05-21 12:34:46 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 3 | 68.50.206.156 | 2011-05-22 13:23:02 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 4 | 74.96.13.25 | 2011-06-18 23:20:17 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 5 | 76.106.18.94 | 2011-05-15 14:11:40 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 6 | 98.218.244.29 | 2011-05-21 05:44:03 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 7 | 108.110.17.157 | 2011-05-31 00:24:44 -0400 | Sprint PCS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 8 | 108.111.61.111 | 2011-06-13 21:24:35 -0400 | Sprint PCS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 9 | 108.15.37.227 | 2011-06-21 15:34:41 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 10 | 108.15.70.64 | 2011-05-24 15:34:43 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 11 | 108.15.82.71 | 2011-06-20 03:24:44 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 12 | 108.18.106.134 | 2011-05-13 13:45:33 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 13 | 108.22.246.240 | 2011-05-13 13:03:04 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 14 | 108.28.178.212 | 2011-07-18 03:15:27 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 15 | 108.48.127.28 | 2011-05-16 00:46:32 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 16 | 108.56.193.251 | 2011-06-05 01:31:11 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 17 | 173.59.250.28 | 2011-06-22 00:24:33 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 18 | 173.64.93.161 | 2011-06-15 18:24:30 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 19 | 173.66.113.33 | 2011-05-21 16:32:41 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 20 | 173.66.153.93 | 2011-05-25 17:47:07 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 21 | 173.66.192.228 | 2011-05-15 12:14:04 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 22 | 173.66.233.78 | 2011-05-11 00:59:48 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 23 | 173.67.45.26 | 2011-06-23 21:21:28 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 24 | 173.73.193.85 | 2011-06-02 20:46:42 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 25 | 24.126.77.64 | 2011-07-18 03:11:42 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 26 | 68.33.139.112 | 2011-05-16 00:12:00 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 27 | 68.33.75.97 | 2011-06-11 01:10:20 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |

| | | | | | |
|---|---|---|---|---|---|
| Doe 28 | 68.34.100.39 | 2011-05-13 01:03:56 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 29 | 68.34.43.150 | 2011-06-30 17:43:00 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 30 | 68.34.44.143 | 2011-05-29 12:48:18 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 31 | 68.49.32.115 | 2011-06-05 00:34:49 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 32 | 68.55.16.151 | 2011-05-11 18:01:21 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 33 | 68.55.32.166 | 2011-05-28 23:54:10 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 34 | 69.138.198.32 | 2011-06-21 00:24:57 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 35 | 69.143.145.115 | 2011-06-04 03:34:42 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 36 | 69.143.217.100 | 2011-05-14 14:00:30 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 37 | 69.250.184.56 | 2011-06-19 23:30:38 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 38 | 69.250.188.176 | 2011-05-14 05:47:28 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 39 | 69.251.190.82 | 2011-05-25 19:44:36 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 40 | 69.255.99.221 | 2011-05-20 17:32:48 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 41 | 71.163.178.2 | 2011-06-16 10:10:48 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 42 | 71.163.241.37 | 2011-06-15 00:00:09 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 43 | 71.179.95.199 | 2011-05-15 00:59:51 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 44 | 71.191.158.40 | 2011-05-31 18:34:52 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 45 | 71.191.159.160 | 2011-07-23 21:11:18 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 46 | 71.191.51.216 | 2011-07-02 09:25:00 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 47 | 71.246.220.40 | 2011-06-19 13:59:49 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 48 | 71.246.248.104 | 2011-06-09 19:04:41 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 49 | 72.66.72.41 | 2011-07-16 19:34:03 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 50 | 74.103.125.125 | 2011-06-17 20:07:54 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 51 | 74.107.71.198 | 2011-05-14 06:15:37 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 52 | 74.214.59.136 | 2011-05-26 17:27:20 -0400 | GMP Cable TV | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 53 | 74.96.102.183 | 2011-05-12 08:48:44 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 54 | 74.96.223.184 | 2011-07-16 07:15:22 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 55 | 76.106.63.99 | 2011-05-11 14:52:36 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 56 | 76.106.73.126 | 2011-06-03 15:46:07 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 57 | 96.231.232.133 | 2011-06-30 19:46:52 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 58 | 96.241.171.134 | 2011-05-11 00:53:19 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 59 | 96.244.128.120 | 2011-07-16 13:32:28 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 60 | 96.244.8.119 | 2011-05-15 17:41:16 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 61 | 96.255.200.249 | 2011-07-15 18:36:23 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 62 | 96.255.201.119 | 2011-06-17 01:14:45 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 63 | 98.117.195.4 | 2011-05-11 22:27:45 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |

| Doe 64 | 98.117.221.185 | 2011-05-26 01:35:44 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
|--------|----------------|---------------------------|---------------------------|------------|------------------------------------------|
| Doe 65 | 98.204.109.224 | 2011-05-13 08:18:06 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 66 | 98.219.235.18 | 2011-05-24 07:04:43 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 67 | 98.231.140.87 | 2011-05-18 00:11:21 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 68 | 98.233.180.45 | 2011-06-09 00:24:39 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 69 | 108.17.150.76 | 2011-05-14 06:15:14 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 70 | 108.18.111.63 | 2011-05-14 01:55:20 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 71 | 108.18.153.226 | 2011-06-06 09:06:19 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 72 | 108.18.213.79 | 2011-05-14 23:53:06 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 73 | 108.18.242.183 | 2011-05-30 03:24:18 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 74 | 108.28.126.136 | 2011-05-22 18:42:51 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 75 | 108.28.69.239 | 2011-06-28 00:36:31 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 76 | 108.28.79.68 | 2011-07-06 18:30:12 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 77 | 108.48.66.206 | 2011-06-08 18:24:40 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 78 | 108.56.204.27 | 2011-06-03 00:59:02 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 79 | 108.56.72.186 | 2011-05-12 13:22:52 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 80 | 173.53.56.115 | 2011-07-20 15:24:52 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 81 | 173.66.222.123 | 2011-06-23 19:44:45 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 82 | 173.66.235.109 | 2011-06-05 02:32:31 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 83 | 173.66.240.112 | 2011-07-03 08:27:12 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 84 | 173.66.45.158 | 2011-05-18 09:53:31 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 85 | 173.73.117.205 | 2011-06-07 00:24:54 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 86 | 174.66.10.34 | 2011-06-23 13:25:29 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 87 | 24.125.32.147 | 2011-05-16 07:04:48 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 88 | 24.125.92.47 | 2011-05-24 18:44:35 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 89 | 24.255.119.41 | 2011-05-22 22:53:09 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 90 | 24.255.127.69 | 2011-07-23 19:44:11 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 91 | 67.172.221.31 | 2011-05-21 13:34:04 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 92 | 68.10.137.198 | 2011-06-28 18:24:59 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 93 | 68.10.80.218 | 2011-05-26 18:34:57 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 94 | 68.110.209.191 | 2011-05-15 18:49:38 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 95 | 68.227.215.90 | 2011-05-17 21:28:07 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 96 | 68.231.240.50 | 2011-05-26 17:34:01 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 97 | 68.57.112.203 | 2011-05-26 23:32:58 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 98 | 68.98.141.152 | 2011-06-16 17:02:38 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 99 | 68.98.187.141 | 2011-05-15 03:24:03 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |

| Doe 100 | 69.143.203.32 | 2011-06-11 01:35:26 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 101 | 69.143.23.149 | 2011-07-14 19:57:02 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 102 | 69.244.230.10 | 2011-06-17 13:28:51 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 103 | 70.104.200.109 | 2011-07-12 03:25:12 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 104 | 70.160.220.88 | 2011-05-18 19:04:09 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 105 | 70.161.119.247 | 2011-05-12 09:59:03 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 106 | 70.161.226.93 | 2011-05-11 15:28:19 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 107 | 70.179.114.17 | 2011-06-30 09:35:00 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 108 | 71.126.168.254 | 2011-05-12 00:08:30 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 109 | 71.163.7.101 | 2011-05-23 21:32:50 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 110 | 71.178.3.206 | 2011-07-12 22:31:36 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 111 | 71.191.167.253 | 2011-05-16 17:56:16 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 112 | 71.207.128.211 | 2011-05-29 05:36:34 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 113 | 71.207.157.228 | 2011-06-23 21:24:34 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 114 | 71.246.224.63 | 2011-05-21 22:53:32 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 115 | 71.62.116.245 | 2011-07-07 16:30:44 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 116 | 71.62.122.173 | 2011-07-05 18:25:04 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 117 | 71.62.159.96 | 2011-07-05 15:35:30 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 118 | 71.63.6.221 | 2011-05-14 00:28:33 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 119 | 72.196.251.165 | 2011-05-13 12:10:14 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 120 | 72.205.22.152 | 2011-05-30 02:34:38 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 121 | 72.209.229.78 | 2011-05-15 00:58:33 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 122 | 72.218.216.177 | 2011-06-20 01:41:03 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 123 | 72.218.69.48 | 2011-05-15 00:06:47 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 124 | 72.66.109.163 | 2011-06-29 09:01:29 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 125 | 72.66.20.186 | 2011-07-08 18:24:56 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 126 | 72.66.4.206 | 2011-06-07 19:26:28 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 127 | 72.84.199.207 | 2011-06-01 00:55:50 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 128 | 74.110.148.58 | 2011-06-11 05:44:30 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 129 | 74.110.215.184 | 2011-07-05 21:24:37 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 130 | 74.110.216.11 | 2011-05-29 10:46:48 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 131 | 74.99.87.166 | 2011-07-18 01:50:15 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 132 | 76.100.61.41 | 2011-05-21 15:32:51 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 133 | 76.104.16.111 | 2011-06-27 01:45:41 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 134 | 76.114.202.100 | 2011-05-11 18:44:20 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 135 | 76.120.210.149 | 2011-06-20 01:10:06 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |

| Doe 136 | 76.120.210.8 | 2011-05-12 00:59:05 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 137 | 76.120.237.9 | 2011-05-24 18:26:40 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 138 | 76.120.249.245 | 2011-05-30 21:24:23 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 139 | 96.228.33.121 | 2011-06-08 12:34:42 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 140 | 96.228.33.99 | 2011-07-12 00:07:53 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 141 | 96.241.18.144 | 2011-05-13 21:07:37 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 142 | 96.249.247.211 | 2011-06-03 12:24:27 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 143 | 96.253.73.189 | 2011-05-13 22:11:26 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 144 | 96.253.75.6 | 2011-05-24 19:42:31 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 145 | 96.253.85.220 | 2011-05-11 17:47:28 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 146 | 96.255.111.27 | 2011-07-17 12:35:38 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 147 | 98.117.65.132 | 2011-05-14 00:53:25 -0400 | Verizon Internet Services | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 148 | 98.140.42.115 | 2011-05-27 03:31:33 -0400 | Cavalier Telephone | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 149 | 98.140.42.95 | 2011-05-23 06:34:43 -0400 | Cavalier Telephone | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 150 | 98.169.227.103 | 2011-06-06 00:34:58 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 151 | 98.183.242.167 | 2011-06-03 18:22:37 -0400 | COX COMMUNICATIONS | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |
| Doe 152 | 98.249.35.3 | 2011-05-11 00:58:20 -0400 | Comcast Cable | BitTorrent | e74eb3a89c76093481d2e6500c9f49d274941ea3 |