Case 1:11-cv-01833-BAH   Document 1-3   Filed 10/18/11   Page 1 of 1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = all about kagney
Search Results: Displaying 1 of 1 entries



*All About Kagney Linn Karter.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001745129 / 2011-07-11
**Application Title:** All About Kagney Linn Karter.
**Title:** All About Kagney Linn Karter.
**Description:** Videodisc (DVD)
**Copyright Claimant:** 3rd Degree Films. Address: 9035 Independence Ave, Canoga Park, CA, 91304.
**Date of Creation:** 2011
**Date of Publication:** 2011-04-26
**Nation of First Publication:** United States
**Authorship on Application:** 3rd Degree Films, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** 3rd Degree Films



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format Full Record  Format for Print/Save |
| Enter your email address:  Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page