Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff Third Degree Films, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Third Degree Films, Inc.<br><br>                    Plaintiff,<br><br>         v.<br><br>DOES 1-152,<br><br>                    Defendants. | CASE NO. 11-CV-01833-BAH<br><br>**Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 37, 61, 85, 131, 143** |

Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 37 | 69.250.184.56 | 2011-06-19 23:30:38 -0400 |
| Doe 61 | 96.255.200.249 | 2011-07-15 18:36:23 -0400 |
| Doe 85 | 173.73.117.205 | 2011-06-07 00:24:54 -0400 |
| Doe 131 | 74.99.87.166 | 2011-07-18 01:50:15 -0400 |
| Doe 143 | 96.253.73.189 | 2011-05-13 22:11:26 -0400 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

| | |
|---|---|
| Date: March 14, 2012 | _____<br>Mike Meier<br>Email address: contact@copyrightdefenselawyer.com<br>THE COPYRIGHT LAW GROUP, PLLC<br>4000 Legato Road, Suite 1100<br>Fairfax, VA 22033<br>Tel: 888-407-6770<br>Fax: 703-546-4990<br><br>Attorney for Plaintiff Third Degree Films, Inc. |