UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THIRD DEGREE FILMS, INC.,

    Plaintiff,

    v.

BAILEY ZWARYCZ,

    Defendant.

Civil Action No. 11-1833 (BAH)
Judge Beryl A. Howell

## ORDER

Upon consideration of the plaintiff's Motion for an Order on Discovery, ECF No. 46, the associated memoranda in support and in opposition to the motion, the applicable law, and following oral argument at the April 20, 2012 status conference, for the reasons stated on the record, it is hereby

**ORDERED** that plaintiff's Motion for an Order on Discovery, ECF No. 46, is GRANTED IN PART and DENIED IN PART; and it is further

**ORDERED** that Comcast shall disclose to the plaintiff, within ten days, the following information about its customer Bailey Zwarycz:

1. The subscriber's address.
2. Length of service including start date.
3. Subscriber's instrument number or other subscriber number or identity, including a temporarily assigned network address.
4. Any other IP addresses associated with Bailey Zwarycz.
5. Any MAC address on record.
6. Records of DMCA Notices that were sent to Zwarycz.
7. Records of any kind of warning letters/emails/other communications about copyright infringement sent to Zwarycz.

8. Records about notice letter sent to Zwarycz about the present lawsuit (including date sent, how the letter was sent (such as mail or UPS), and any information showing when Zwarycz received the letter.
9. The type of device was installed by Comcast at the residence including the device model number, serial number and manufacturer.
10. Information regarding whether the device installed by Comcast included Wireless (WiFi) Capabilities, and, if so, whether the security (network name & password) was enabled by default or enabled by Comcast upon installation.
11. The date/time the device was installed by Comcast.
12. A copy of any/all signed agreements including device installation agreements signed by or given to Zwarycz;

and it is further

**ORDERED** that the plaintiff's request for information relating to defendant Zwarycz's "[m]eans and source of payment for such service (including any credit card or bank account number)" is DENIED with leave to renew.

**SO ORDERED**.

DATED:  APRIL 20, 2012                              /s/ *Beryl A. Howell*
                                                             BERYL A. HOWELL
                                                             United States District Judge