**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THIRD DEGREE FILMS, INC.<br>20525 Nordhoff Street, Suite 25<br>Chatsworth, CA 91311<br><br>  Plaintiff,<br><br>  v.<br><br>DOES 1 – 152<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 1:11-cv-01833-BAH<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Having considered Plaintiff's Motion for Dismissal under Rule 41, and the Defendant's Opposition thereto, it is:

**ORDERED** that the case be dismissed without prejudice.

**SO ORDERED** this ___ day of _____, 2012.

                     _____
                     United States District Judge