## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
Third Degree Films, Inc.            )
20525 Nordhoff Street, Suite 25     )
Chatsworth, CA 91311,               )
                                    )
    Plaintiff,          )
                                    )
v.                                  )   CA No. 1:11-cv-01833-BAH
                                    )   Judge Beryl Howell
DOES 1 – 152,                       )
                                    )
    Defendants.         )
_____)

## DEFENDANT BAILEY ZWARYCZ'S NOTICE
## OF INTENTION TO OPPOSE RULE 41 MOTION

    COMES NOW Defendant Bailey Zwarycz, by and through undersigned counsel, and advises the Court and opposing counsel of her intention to oppose Plaintiff's Rule 41 Motion asking that this matter be dismissed without prejudice. Because one of her principal counsel is out of town and because of difficulties caused by her distance from counsel – over 200 miles -- Defendant will need the entire allotted time for filing an opposition under the rules, namely 17 days. She will file a timely opposition.

                                        Respectfully submitted,

                                        /s/John C. Lowe
                                        John Lowe, P.C.
                                        5920 Searl Terrace
                                        Bethesda, Maryland 20816
                                        202-251-0437
                                        johnlowe@johnlowepc.com

Robert T. Hall
Hall and Sethi, P.L.C.
D.C. Bar No. 5447
12120 Sunset Hills Road
Suite 150
Reston VA 20190
703-925-9500 W
rthall@hallandsethi.com

Counsel for the Plaintiff

### Certificate of Service

I certify that on May 5, 2012 a true copy of the foregoing Notice was served by ECF on Mike Meier, Esq., The Copyright Law Group, PLLC, 4000 Legato Road, Suite 1100, Fairfax, VA 22033, counsel for Plaintiff.

/s/ John C. Lowe