# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THIRD DEGREE FILMS, INC.<br>20525 Nordhoff Street, Suite 25<br>Chatsworth, CA 91311<br><br>    Plaintiff,<br><br>    v.<br><br>DOES 1 – 152<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 1:11-cv-01833-BAH<br>) MOTION<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiff Third Degree Films, Inc., filed a Complaint against John Does who were alleged to have traded the same identical file of Plaintiff's copyrighted work without authorization through a file-swapping network ("Peer-to-Peer" or "P2P" network).

After a teleconference with the Court on May 9, 2012, the parties now stipulate to the dismissal of the matter with prejudice as to John Does 116 and 117 and Defendant Bailey Zwarycz.

WHEREFORE Plaintiff requests this Court to dismiss the case with prejudice.

Respectfully submitted this 10th day of May 2012.

For the Defendant:

 /s/ John Lowe
Bailey Zwarycz
Aka John Doe 116/117
By John C. Lowe, Counsel
John Lowe, P.C.
DC Bar No. 427019
5920 Searl Terrace
Bethesda MD 20816
301-320-3300
202-251-0437 Cell
johnlowe@johnlowepc.com

For the Plaintiff:

 /s/ Mike Meier
Third Degree Films, Inc.
By Mike Meier, Counsel
The Copyright Law Group, PLLC
4000 Legato Road
Suite 1100
Fairfax VA 22033
888-407-6770
mike.meier.esq@CopyrightDefenseLawyer.com

*Counsel for Plaintiff Third Degree Films, Inc.*

Robert T. Hall
Hall and Sethi, P.L.C.
D.C. Bar No. 5447
12120 Sunset Hills Road
Suite 150
Reston VA 20190
703-925-9500 W
703-435-1790 W
rthall@hallandsethi.com

*Counsel for Defendant Bailey Zwarycz*
(Aka John Does 116/117)