# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Third Degree Films, Inc.  )<br>20525 Nordhoff Street, Suite 25  )<br>Chatsworth, CA 91311,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BAILEY ZWARYCZ  )<br>*Aka John Doe 116 and 117*  )<br>  )<br>    Defendant.  )<br>  ) | CA No. 1:11-cv-01833-BAH<br>Judge Beryl Howell |

## **DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that Bailey Zwarcyz, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from an order granting Plaintiff's Motion to Dismiss Defendant Zwarycz's Counterclaims entered on April 20, 2012. Final judgment in this matter was entered on May 10, 2012.

                                                                                                             Respectfully submitted,

                                                                                                             Bailey Zwarycz
                                                                                                             By Counsel

/s/ John C. Lowe
John C. Lowe
John Lowe, P.C.
DC Bar No. 427019
5920 Searl Terrace
Bethesda MD 20816
301-320-3300
301-320-8878 Fax
202-251-0437 Cell
johnlowe@johnlowepc.com

Robert T. Hall
Hall and Sethi, P.L.C.
D.C. Bar No. 5447
12120 Sunset Hills Road
Suite 150
Reston VA 20190
703-925-9500 W
703-435-1790 W
rthall@rthallattorneys.com

## CERTIFICATE OF SERVICE

 I hereby certify that on the 6th day of June, 2012, I will electronically file the foregoing with the Clerk of the Court for service on parties using the CM/ECF system.

    /s/ John C. Lowe
    John C. Lowe